# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Western Division

David Gevas, et al.
                Plaintiff,

v.                                              Case No.: 3:23−cv−50249
                                              Honorable Rebecca R. Pallmeyer

P. Popovich, et al.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 4, 2025:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Defendant Emmole's motion for a protective order to prevent Plaintiff from taking her oral deposition [164] is granted. Prison security, responsible management, and staffing are all important issues that will be adversely impacted by the proposed oral deposition. A deposition on written questions will serve a similar purpose and will provide for greater ability to manage the prison's time and staffing needs. If Plaintiff wants to proceed with a written deposition under Rule 31(a)(1), by August 11, 2025, he must file a list of 20 questions directed to Defendant Emmole concerning the subject matter of the claim against Emmole. Defendants may submit responses/cross−questions by August 14, 2025. Absent further objection, the court will expect Ms. Emmole to respond by August 25, 2025. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.