**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| DAVID GEVAS, | |
| Plaintiff, | No. 3:23-cv-50249 |
| v. | Hon. Rebecca R. Pallmeyer |
| POPOVICH, *et al.*, | |
| Defendants. | |

**STATUS REPORT AND REQUEST FOR ADDITIONAL TIME**

Yesterday I filed my appearance on behalf of Mr. Gevas who had been pro se. Mr. Gevas has informed me of the status of this matter-in particular- that he had an expert report due today.

I contacted Dr. Macomber's office and was informed that he was no longer providing expert testimonial service. I believe Dr. Macumber has provided Mr. Gevas with a preliminary opinion which I have not seen. I am trying to persuade Dr. Macomber to finish his work. If I am not successful I will work to find another expert. I would ask the court for one month to do this and for the court to set a status report early in the new year.

Dated: November 18, 2025

    Respectfully Submitted,
    /s/ Harold C. Hirshman
    DENTONS US LLP
    233 S. Wacker Drive, Suite 5900
    Chicago, IL 60606
    Telephone: (312) 876-8000
    Facsimile: (312) 876-7934
    harold.hirshman@dentons.com
    diane.oconnell@dentons.com